JS-6

ALLAN E. ANDERSON (SBN 133672)
allan.anderson@afslaw.com
OSCAR A. FIGUEROA (SBN 313238)
oscar.figueroa@afslaw.com
BRITTANY TRINIDAD (SBN 346606)
brittany.trinidad@afslaw.com
**ARENTFOX SCHIFF LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013
Telephone: 213.629.7400
Facsimile: 213.629.7401

Attorneys for Plaintiff
KRZYSZTOF GAGACKI

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Krzysztof Gagacki, an Individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Edmond Truong, an Individual, and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No. 2:23-cv-02876-PA-RAO<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Hon.　Percy Anderson<br>Ctrm:　9A<br><br>Date Filed: April 17, 2023<br>Trial Date: Not Set |

PURSUANT TO STIPULATION, IT IS ORDERED:

This action is hereby dismissed with prejudice in its entirety.

**IT IS SO ORDERED.**

Dated: October 20, 2023

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Percy Anderson
　　　　　　　　　　　　　　　　　　United States District Judge